UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Rithwan Badel,                                    Civil No. 12-CV-581(PJS/TNL)

           Plaintiff,

v.                                              ORDER

Sony Corporation of
North America,

           Defendant.

---

Rithwan Badel, 1518 E. Franklin Avenue, #308, Minneapolis, MN 55404, Pro Se.

---

       Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated March 8, 2012 (Docket No.3), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed in forma pauperis (Docket No. 2) is **DENIED**; and this action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Date: March 27, 2012                                s/Patrick J. Schiltz
                                                       The Honorable Patrick J. Schiltz
                                                       United States District Court Judge
                                                       for the District of Minnesota